**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 1:25-CR-00021** |
| | ) | |
| **LISA POOLE** | ) | |

## AGREED STATEMENT OF FACTS

This Agreed Statement of Facts briefly summarizes sufficient facts and circumstances surrounding the criminal conduct of Lisa Poole ("Poole") in this case to establish a factual basis for a plea of guilty. It does not contain all the information obtained during the investigation or all the information applicable to an accurate Presentence Investigation Report or a Sentencing Guidelines calculation. This Agreed Statement of Facts is not protected by proffer agreement or any other agreement, and it shall be wholly admissible at trial notwithstanding any rules or statutes to the contrary.

At times relevant to the Information, Poole, in the Western District of Virginia and elsewhere, knowingly conspired with others to possess with intent to distribute and distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

During the times relevant to the Information, and on at least three separate occasions, Poole traveled with various co-conspirators from the Western District of Virginia to a source in Welch, West Virginia, to purchase methamphetamine. Each time, the co-conspirators she accompanied would purchase large distribution quantities of methamphetamine, ranging approximately from one to four pounds each trip, which was then redistributed in the Western District of Virginia.

In addition to traveling to West Virginia, Poole facilitated ounce-quantity methamphetamine transactions between co-conspirators and others in the Western District of Virginia. For example, on multiple occasions, Poole would accompany a co-conspirator to meet customers, and Poole would handle the exchange of money and methamphetamine. Poole also had her own methamphetamine customers in the Western District of Virginia.

This is not all the government's evidence, but it establishes the elements of the charge to which Poole is pleading guilty.

By signing below, Poole affirms that she has reviewed this Agreed Statement of Facts with her attorney, and that she agrees it is true and accurate. She further agrees that, had this matter proceeded to trial, the government would have proven the facts outlined above beyond a reasonable doubt.

5-9-25
Date

Lisa Poole
Lisa Poole
Defendant

5/9/25
Date

Iyla Berenshteyn, Esq.
Attorney for Defendant

5/9/2025
Date

Corey Hall
Carrie Macon
Assistant United States Attorneys